# United States District Court
# Northern District of New York
# Civil Judgment

Oswego Laborers' Local 214 Pension and
Annuity Funds, Laborers' Local Union No,
214 of Oswego, New York and Vicinity
Training and Education Fund, by David
Henderson, as Administrator, et al                    5:06CV1115     FJS/GHL

                    Plaintiff(s),

  v.

Buckskin Pipeline Construction, Ltd., et al

                    Defendant

[X]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED, that the Plaintiffs' Motion for Entry of Default Judgment against Defendant Buckskin Pipeline Construction, Ltd., is granted pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. $51,300.44  in unpaid and delinquent contributions & deductions;  $26,675.59 in interest;  $24,723.17 in liquidated damages;  $564.63 and audit fees;  $9,368.50 in attorney's  and paralegal fees;  and $1,167.95 in litigation costs for a total award in the amount of $113,800.28, plus post judgment interest pursuant to 28 U.S.C. §1961(a).

      All pursuant to an Order by  Frederick J. Scullin, Senior United States District Court Judge, dated September 10, 2007.

Dated: September 11, 2007                              Lawrence K. Baerman, Clerk

                                                                s/

                                            Marie N. Marra, Deputy Clerk